IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 MAR 30  AM 10: 41

CLERK _____
SO. DIST OF GA.

TORRIE SMITH,                        )
                                     )
      Plaintiff,                     )
                                     )
v.                                   )     CASE NO. CV411-311
                                     )
DIVERSIFIED CONSULTANTS, INC.,       )
                                     )
      Defendant.                     )
                                     )

## O R D E R

Before the Court is Plaintiff's Notice of Voluntary Dismissal With Prejudice.  (Doc. 6.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Because Defendant has not filed an answer in this case, Plaintiff's motion is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**.  The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 30ᵗʰ day of March 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA